UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CA 07 298S

BALD HILL REALTY CO.
D/B/A BALD HILL SUBARU,

Plaintiff,

v.

SUBARU OF NEW ENGLAND, INC.,

Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant, Subaru of New England, Inc. ("SNE"), files this Notice of Removal. As grounds for removal, SNE states as follows:

1. SNE is the Defendant in a civil action entitled, Bald Hill Realty Co. d/b/a Bald Hill Subaru v. Subaru of New England, Inc., commenced by the Plaintiff, Bald Hill Realty Co. d/b/a Bald Hill Subaru ("Bald Hill"), in the Dealer Hearing Board of the Division Of Motor Vehicles, Dealers' License & Regulations Office, of the State of Rhode Island and Providence Plantations ("Dealer Board").

2. SNE received a copy of Bald Hill's Complaint with the Dealer Board on August 7, 2007, as an exhibit to Bald Hill's motion to dismiss SNE's earlier-filed complaint in this Court, in the civil action entitled Subaru of New England, Inc. v. Bald Hill Realty Co. d/b/a Bald Hill Subaru, Civil Action No. 2007-249-S (filed June 29, 2007, Smith, J. presiding). SNE received copies of Bald Hill's Motion to Stay Termination (filed August 3, 2007) and Amended

Complaint (filed August 8, 2007) through its counsel who obtained these materials by visiting the Dealer Board.

3. In resolving the issues raised by Bald Hill's Complaint, the Dealer Board will function in this matter similar to a state court, rendering removal appropriate under 28 U.S.C. § 1441(a). See, e.g., Volkswagen de Puerto Rico, Inc. v. Puerto Rico Labor Relations Bd., 454 F.2d 38, 43-44 (1st Cir. 1972) (adopting functional test for determining whether administrative agency acts as "state court" for purposes of removal statute).

4. In a similar context in proceedings in this Court between these same parties in 1999, in the civil action entitled Bald Hill Realty Co. d/b/a Bald Hill Subaru v. Subaru of New England, Inc., Civil Action No. 99-444 (action removed by SNE from Dealer Board) and the related action, Subaru of New England, Inc. v. Bald Hill Realty Co. d/b/a Bald Hill Subaru, Civil Action No. 99-466 (action filed by SNE in this Court), the Court (Torres, J.) (i) found that the Dealer Board qualified as a court within the meaning of 28 U.S.C. § 1441(a) and, therefore, that Bald Hill's 1999 Dealer Board Complaint was properly removed, and denied Bald Hill's motion to remand; and (ii) denied Bald Hill's motion to dismiss SNE's action on abstention grounds as moot.

5. There is complete diversity of citizenship between the parties. The Defendant, SNE, is a Massachusetts corporation with a principal place of business in Massachusetts, and, on information and belief, the Plaintiff, Bald Hill, is a Rhode Island corporation with a principal place of business in Rhode Island.

6. The matter in controversy between Bald Hill and SNE exceeds the value of $75,000.00.

7. Consequently, this Court has original diversity jurisdiction over the action pursuant to 28 U.S.C. § 1332(a), and because SNE is not a citizen of Rhode Island, where Bald Hill commenced it, removal of the action to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and (b).

8. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81(a), attached as Exhibit A hereto is a copy of the Complaint, the Amended Complaint and the Motion for Stay of Termination, which are all of the papers that were filed with the Dealer Board by Bald Hill of which SNE is aware.

9. This Notice of Removal has been filed within the time required by 28 U.S.C.A. § 1446(b).

WHEREFORE, SNE prays that this action be removed from the Dealer Hearing Board to the United States District Court for the District of Rhode Island.

Respectfully submitted,

SUBARU OF NEW ENGLAND, INC.

By its attorneys,

Mitchell R. Edwards (Attorney No. 6942)
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
(401) 274-2000
(401) 277-9600 (fax)
medwards@haslaw.com

OF COUNSEL:

Howard M. Cooper
Heidi A. Nadel
TODD & WELD, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(*pro hac* application to be filed)

Kathleen M. Genova
SUBARU OF NEW ENGLAND, INC.
95 Morse Street
Norwood, MA 02062
(781) 255-6395
(*pro hac* application to be filed)

August 8, 2007

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Notice of Removal via regular mail to the attorneys of record, listed below, on this 8th day of August, 2007

Michael J. McEntee, Esq.
915 Tollgate Road
Warwick, RI 02886

Jennifer Bourne



821764v1