UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

BALD HILL REALTY CO.
D/B/A BALD HILL SUBARU,

Plaintiff,

v.

SUBARU OF NEW ENGLAND, INC.,

Defendant.

**NOTICE OF PENDENCY OF RELATED PROCEEDINGS**

Pursuant to Local Rule 9.1, Defendant, Subaru of New England, Inc. ("SNE"), hereby gives notice that this action involves a claim or cause of action, or transaction or happening which comprise all or a material part of the subject matter of an action or proceeding now pending before this Court. That action is a civil action commenced on June 29, 2007 in this Court by SNE entitled, Subaru of New England, Inc. v. Bald Hill Realty Co. d/b/a Bald Hill Realty, Civil Action No. 2007-249-S.

Respectfully submitted,

SUBARU OF NEW ENGLAND, INC.

By its attorneys,

Mitchell R. Edwards (Attorney No. 6942)
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
(401) 274-2000
(401) 277-9600 (fax)
medwards@haslaw.com

OF COUNSEL:

Howard M. Cooper
Heidi A. Nadel
TODD & WELD, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(*pro hac* application to be filed)

Kathleen M. Genova
SUBARU OF NEW ENGLAND, INC.
95 Morse Street
Norwood, MA 02062
(781) 255-6395
(*pro hac* application to be filed)

August 8, 2007



#821765v1

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Notice of Pendency of Related Proceedings via regular mail to the attorneys of record, listed below, on this 8th day of August, 2007

Michael J. McEntee, Esq.
915 Tollgate Road
Warwick, RI 02886

Jennifer Bourne