UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BALD HILL REALTY CO.<br>D/B/A BALD HILL SUBARU,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF NEW ENGLAND, INC.,<br><br>Defendant. | C.A. No. 07-298S |

**NOTICE OF FILING OF DEALER HEARING BOARD RECORDS**

Pursuant to United States District Court Local Rule 81(b), Defendant Subaru of New England, Inc. hereby gives notice that it is filing herewith certified copies of all records from the matter of *Bald Hill Realty Co. d/b/a Ball Hill Subaru v. Subaru of New England, Inc., 07-0221*, filed with the Motor Vehicle Dealers License and Hearing Board.

Respectfully submitted,

SUBARU OF NEW ENGLAND, INC.

By its attorneys,

/s/ Mitchell R. Edwards
Mitchell R. Edwards (Attorney No. 6942)
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
(401) 274-2000
(401) 277-9600 (fax)
medwards@haslaw.com

OF COUNSEL:

Howard M. Cooper
Heidi A. Nadel
TODD & WELD, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(*pro hac* application to be filed)

Kathleen M. Genova
SUBARU OF NEW ENGLAND, INC.
95 Morse Street
Norwood, MA 02062
(781) 255-6395
(*pro hac* application to be filed)

August 16, 2007



822973v1
055837-133390

## CERTIFICATION

I hereby certify that I mailed a copy of the within Notice of Filing of Dealer Hearing Board Records via regular mail to the attorneys of record, listed below, on this 16th day of August, 2007

Michael J. McEntee, Esq.
915 Tollgate Road
Warwick, RI 02886

/s/ Mitchell R. Edwards
Mitchell R. Edwards