Kevin

V Subaru of New England

COMPLAINT 020221

| DATE | ACTION TAKEN |
| --- | --- |
| | |

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

AUG - 9 2007

31 Charles J. Dolan

COMPLAINT: 070321

INVESTIGATOR ASSIGNED: Kevin

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP
AUG - 9 2007
31 Charles T. Dolan

COMPLAINT FOUNDED ( ) UNFOUNDED ( )

COPY OF COMPLAINT MAILED TO DEALER YES (✓) NO ( )

DATE MAILED: 8-7-07

DID DEALER RESPOND? YES ( ) NO ( )

RESPONSE:

WAS INFORMAL HEARING HELD? YES ( ) NO ( ) DATE:

WAS COMPLAINT RESOLVED? YES ( ) NO ( )

EXPLAIN:

WAS THE MATTER PUT BEFORE THE DEALERS' HEARING BOARD? YES ( ) NO ( )

DATE:

DECISION OF HEARING BOARD:

COPY OF DECISION MAILED TO DEALER? YES ( ) NO ( )

COPY OF DECISION MAILED TO COMPLAINANT? YES ( ) NO ( )

IF NO, EXPLAIN:

WAS DECISION APPEALED? YES ( ) NO ( )

WAS DECISION FORWARDED TO THE DIRECTOR OF RIODA? YES ( ) NO ( )

DIRECTOR'S DECISION ON APPEAL:

Subaru of New England

BALD HILL REALTY CO. LIC.# 287

DBA: BALD HILL SUBARU-DODGE-CHRYSLER TEL.# 828-3200

1035 BALD HILL ROAD

WARWICK, RI 02886

| | | |
|---|---|---|
| ROBERT PETRARCA | PRESIDENT | 745 LOVE LANE, WARWICK, RI 02886 |
| JAMES E. HAGAN GM | VICE-PRES. | 5 HICKORY TERRACE, MANSFIELD, MA |
| ROBERT G. PETRARCA | VICE-PRES. | 584 COWESETT ROAD, WARWICK, RI 02886 |
| ANNA L. HAGAN | SECRETARY | 53 TENTH AVENUE, WARWICK, RI 02886 |
| ROBERT M. HAGAN | TREASURER | " " " " " " |

MAKE OF VEHICLES: NEW & USED SUBARU-DODGE CHRYSLER (BOARD HEARING 05-11-06)

REG. NO. 32 A-Z
33 A-N

FIRST LICENSE# 287 DATE GRANTED AND ISSUED: 05-15-60

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

AUG - 9 2007

31 Charles J. Dolan