# TAB 2

STATE OF RHODE ISLAND

MOTOR VEHICLE DEALERS
LICENSE AND HEARING BOARD

RECEIVED

AUG 0 3 2007

RHODE ISLAND MOTOR VEHICLE DEALER LICENSE & REGULATIONS

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU

Petitioner,

v. C.A. No.

SUBARU OF NEW ENGLAND, INC.

Respondent.

**MOTION FOR STAY OF TERMINATION**

Now comes Petitioner Bald Hill Realty Co., d/b/a Bald Hill Subaru ("Bald Hill") and hereby files its Motion for Stay of Termination, moving that the action of the Respondent Subaru of New England, Inc. ("SNE") in terminating the Franchise Agreement between itself and Subaru of New England, Inc. be stayed pending a full hearing on the merits of the underlying case before the Motor Vehicle Dealers' Licensing Board of the Rhode Island Dealers' License and Regulations Office. As grounds for its motion, Bald Hill relies on the Memorandum submitted herewith.

Respectfully submitted,

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU
By its Attorney,

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

AUG - 9 2007

31 Charles J. Dolan

Michael J. McEntee, Esq. (#2092)
915 Tollgate Road
Warwick, RI 02886
(401) 823-3313
(401) 826-0950 (fax)