# TAB 4

DEALER'S LICENSE AND REGULATIONS OFFICE

DATE REC'D
LIC. # 80497
ISSUED 12-27-06
MONEY VOUCHER #
☐ CASH ☒ CHECK ☐ MO

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RHODE ISLAND DEALERS' LICENSE & REGULATIONS OFFICE
DIVISION OF MOTOR VEHICLES
100 Main Street
Pawtucket, RI 02860
721-2685

**APPLICATION FOR LICENSING OF DISTRIBUTOR REPRESENTATIVE & FACTORY REPRESENTATIVE.**

DATE November 10, 2006

FULL NAME OF APPLICANT Timothy Pike

RESIDENCE 4 Rainbow Pond Dr., Walpole, MA 02081 TEL. NO. 508-668-7211

BUSINESS ADDRESS: 95 Morse Street, Norwood, MA 02062 TEL. NO. 781-255-6390

Name of Company represented: Subaru of New England, Inc.

Division: N/A

Are you distributor representative ? Yes factory representative

Are you connected with sales ? No

Are you connected with parts ? Yes

Are you connected with accessories ? Yes

Or other:

How long have you been with present employer ? 7 years 10 months

How long have you been in your present position ? 7 years 10 months

Proof of affiliation with the above-named company must be attached to this application.

APPLICANT'S SIGNATURE (IN FULL): [signature]

TITLE: District Sales Manager
(please print)

Subscribed and Sworn to before me this 14th day of November 2006

[signature]
NOTARY PUBLIC

FACTORY REPRESENTATIVE LICENSE FEE: $40.00

LINDA L. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 4, 2009

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

AUG - 9 2007

31 Charles T. Dolan