# TAB 5

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND DEALERS' LICENSE & REGULATIONS OFFICE
DIVISION OF MOTOR VEHICLES
100 Main Street
Pawtucket, RI 02860

DATE: 08-07-07

TO: SUBARU OF NEW ENGLAND
ATTN: TIMOTHY PIKE, DISTRICT SALES MANAGER
95 MORSE ST
NORWOOD, MA 02062

RE: BALD HILL SUBARU DODGE V. SUBARU OF NEW ENGLAND

Dear Mr. Pike:

We are writing in response to a complaint filed with this office, please see enclosed. We ask that you respond in writing to said complaint within ten (10) days of this notification. All information pertaining to this complaint should be forwarded to: Kevin J. Rabbitt, the investigator assigned.

**You must send copies of all documents including bill of sale, title, tax forms, inspection report, etc.,**

Be advised that we prefer to investigate such complaints on an informal basis with the cooperation of both parties in order to resolve these matters.

If you fail to respond to this complaint in writing within the ten (10) days you will be required to appear before the Dealers' Hearing Board to determine whether your dealership license should be suspended or revoked. Pursuant to Rhode Island General Laws §35-5-2 and §31-5-11.

Any further inquiries shall be directed to the aforementioned license investigator at 462-5733

Respectfully submitted,

RHODE ISLAND DEALERS' LICENSE
AND REGULATIONS OFFICE

Joseph I. Monteiro

Mr. Joseph Monteiro, Chief
Enforcement/Regulations Office

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP
AUG - 9 2007
31 Charles J. Dolan

cc: Investigator

FOR OFFICE USE ONLY
DATE RECEIVED

RECEIVED

AUG 0 3 2007

RHODE ISLAND MOTOR VEHICLE
DEALER LICENSE & REGULATIONS

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND DEALERS' LICENSE & REGULATIONS OFFICE
DIVISION OF MOTOR VEHICLES
100 Main Street
Pawtucket, RI 02860
462-5734 / 462-5733

COMPLAINT #: 070221

I wish to file a complaint against the dealership, manufacturer, and/or distributor named below. I understand the Dealers' License & Regulations Office does not act as an attorney for an individual, but rather represents the State of Rhode Island in enforcing automobile laws falling in the jurisdiction of this office.

DATE: 8/3/07

(Please print or type)

COMPLAINANT'S NAME: Bald Hill Realty Co. d/b/a Bald Hill Subaru
(XXXXXXXXXXXXXXXXXXXXXXXX)

ADDRESS: 1035 Bald Hill Road, Warwick RI 02886
NO. STREET CITY/TOWN STATE ZIP CODE

HOME TELEPHONE#: N/A BUSINESS TELEPHONE#: (401) 822-8100

YOUR DRIVERS'S LICENSE #: N/A

NAME OF XXXXXXXXXX: DISTRIBUTOR: Subaru of New England

ADDRESS OF DEALERSHIP: 95 Morse Street Norwood MA 02062
NO. STREET CITY/TOWN STATE ZIP CODE

DISTRIBUTOR'S XXXXXXXXXXX TELEPHONE #: (781)255-6369

DATE OF TRANSACTION: SEE ATTACHED TOTAL PRICE PAID: ______

SALES PERSON/AGENT: ______

VEHICLE YEAR - MAKE - MODEL: ______

ODOMETER READING AT TIME OF SALE: ______ PRESENT READING: ______

IF VEHICLE IS REGISTERED, WHAT IS YOUR REGISTRATION PLATE#: ______

DO YOU HAVE A LIEN ON THIS VEHICLE?: ______ IF YES, WITH WHOM?: ______

HAVE YOU CONTACTED ANY OTHER AGENCIES ______ IF YES, LIST BELOW: ______

HAVE YOU CONTACTED A PRIVATE ATTORNEY? YES IF SO STATE NAME & ADDRESS:

Michael J. McEntee, Esq., 915 Tollgate Road, Warwick, RI 02886

COMPLAINT #: ____________________

A. WHAT TYPE OF WARRANTY DID YOU AGREE TO? ____________________

B. HOW LONG OF A WARRANTY DID YOU RECEIVE? ____________________

C. ON WHAT FACTS DO YOU BASE YOUR COMPLAINT? PLEASE EXPLAIN IN DETAIL:

See Attached

D. WHAT SETTLEMENT ARE YOU SEEKING? ____________________

See Attached

E. EXPIRATION DATE OF RHODE ISLAND INSPECTION STICKER:- N/A

**THIS COMPLAINT MUST BE COMPLETED AND COPIES OF ALL SUPPORTING DOCUMENTS ATTACHED. SUCH AS COPY OF BILL-OF- SALE, PURCHASE ORDER AGREEMENT , SAFETY REJECTION SLIP (IF UNABLE TO PASS INSPECTION), REPAIR RECEIPTS, COPY OF WARRANTY OR GUARANTEES.**

IF YOU SUSPECT THAT THIS MAY BE A FRAUDELENT OR OTHERWISE ILLEGAL TRANSACTION, IT IS ADVISED THAT YOU CONTACT YOUR LOCAL POLICE DEPARTMENT, STATE POLICE, OR F.B.I. OFFICE REGARDING THIS MATTER.

(YOU MAY USE ADDITIONAL PAGES TO EXPLAIN YOUR ANSWER)

**COMPLAINANT MUST CONTACT THIS OFFICE WITHIN 15 DAYS OF FILING THE COMPLAINT**

BALD HILL REALTY CO. d/b/a BALD HILL SUBARU
By its Attorney,

COMPLAINANT'S SIGNATURE

Michael J. McEntee, Esq. (#2092)
915 Tollgate Road, Warwick, RI 02886 (401)823-3313

DATE: August 3, 2007