# TAB 6

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND DEALERS' LICENSE & REGULATIONS OFFICE
DIVISION OF MOTOR VEHICLES
100 Main Street
Pawtucket, RI 02860

DATE: 08-08-07
2ND. NOTICE
AMENDED

TO: SUBARU OF NEW ENGLAND
ATTN: TIMOTHY PIKE, DISTRICT SALES MANAGER
95 MORSE ST
NORWOOD, MA 02062

RE: BALD HILL SUBARU DODGE V. SUBARU OF NEW ENGLAND

Dear Mr. Pike:

We are writing in response to a complaint filed with this office, please see enclosed. We ask that you respond in writing to said complaint within ten (10) days of this notification. All information pertaining to this complaint should be forwarded to: Kevin J. Rabbitt, the investigator assigned.

**You must send copies of all documents including bill of sale, title, tax forms, inspection report, etc.,**

Be advised that we prefer to investigate such complaints on an informal basis with the cooperation of both parties in order to resolve these matters.

If you fail to respond to this complaint in writing within the ten (10) days you will be required to appear before the Dealers' Hearing Board to determine whether your dealership license should be suspended or revoked. Pursuant to Rhode Island General Laws §35-5-2 and §31-5-11.

Any further inquiries shall be directed to the aforementioned license investigator at 462-5733

Respectfully submitted,

RHODE ISLAND DEALERS' LICENSE AND REGULATIONS OFFICE

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP
AUG - 9 2007

Joseph J. Monteiro

Mr. Joseph Monteiro, Chief
Enforcement/Regulations Office

31 Charles J. Dolan

cc: Investigator