# TAB 7

FOR OFFICE USE ONLY
DATE RECEIVED

RECEIVED

AUG 0 8 2007

RHODE ISLAND MOTOR VEHICLE
DEALER LICENSE & REGULATIONS

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RHODE ISLAND DEALERS' LICENSE & REGULATIONS OFFICE

DIVISION OF MOTOR VEHICLES

[illegible]

[illegible]

462-5734 / 462-5733

AMENDED
COMPLAINT #: ______________________

I wish to file a complaint against the dealership, manufacturer, and/or distributor named below. I understand the Dealers' License & Regulations Office does not act as an attorney for an individual, but rather represents the State of Rhode Island in enforcing automobile laws falling in the jurisdiction of this office.

DATE: 8/8/07

(Please print or type)

COMPLAINANT'S NAME: Bald Hill Realty Co. d/b/a Bald Hill Subaru
(XXXXXXXXXXXXXXXXXXXXXXXX)

ADDRESS: 1035 Bald Hill Road, Warwick RI 02886
NO. STREET CITY/TOWN STATE ZIP CODE

HOME TELEPHONE#: N/A BUSINESS TELEPHONE#: (401) 822-8100

YOUR DRIVERS'S LICENSE #: N/A

NAME OF ~~XXXXXXXXXX~~:
DISTRIBUTOR: Subaru of New England

ADDRESS OF DEALERSHIP: 95 Morse Street Norwood MA 02062
NO. STREET CITY/TOWN STATE ZIP CODE

DISTRIBUTOR'S
~~XXXXXXXXXXXX~~ TELEPHONE #: (781)255-6369

DATE OF TRANSACTION: SEE ATTACHED TOTAL PRICE PAID: ______________

SALES PERSON/AGENT: ______________________________

VEHICLE YEAR - MAKE - MODEL: ______________________________

ODOMETER READING AT TIME OF SALE: ______________ PRESENT READING: ______________

IF VEHICLE IS REGISTERED, WHAT IS YOUR REGISTRATION PLATE#: ______________

DO YOU HAVE A LIEN ON THIS VEHICLE?: ________ IF YES, WITH WHOM?: ______________

HAVE YOU CONTACTED ANY OTHER AGENCIES ______ IF YES, LIST BELOW: ______________

CERTIFIED
R.I. REGISTRY OF MOTOR VEHICLES
OFFICIAL STAMP

AUG - 9 2007

HAVE YOU CONTACTED A PRIVATE ATTORNEY? YES IF SO STATE NAME & ADDRESS:

Michael J. McEntee, Esq., 915 Tollgate Road, Warwick, RI 02886

Charles J. Dolan

31

COMPLAINT #: ____________

A. WHAT TYPE OF WARRANTY DID YOU AGREE TO? ____________

B. HOW LONG OF A WARRANTY DID YOU RECEIVE? ____________

C. ON WHAT FACTS DO YOU BASE YOUR COMPLAINT? PLEASE EXPLAIN IN DETAIL:

See Attached

D. WHAT SETTLEMENT ARE YOU SEEKING? ____________

See Attached

E. EXPIRATION DATE OF RHODE ISLAND INSPECTION STICKER:- N/A

THIS COMPLAINT MUST BE COMPLETED AND COPIES OF ALL SUPPORTING DOCUMENTS ATTACHED. SUCH AS COPY OF BILL-OF-SALE, PURCHASE ORDER AGREEMENT, SAFETY REJECTION SLIP (IF UNABLE TO PASS INSPECTION), REPAIR RECEIPTS, COPY OF WARRANTY OR GUARANTEES.

IF YOU SUSPECT THAT THIS MAY BE A FRAUDELENT OR OTHERWISE ILLEGAL TRANSACTION, IT IS ADVISED THAT YOU CONTACT YOUR LOCAL POLICE DEPARTMENT, STATE POLICE, OR F.B.I. OFFICE REGARDING THIS MATTER.

(YOU MAY USE ADDITIONAL PAGES TO EXPLAIN YOUR ANSWER)

COMPLAINANT MUST CONTACT THIS OFFICE WITHIN 15 DAYS OF FILING THE COMPLAINT

BALD HILL REALTY CO. d/b/a BALD HILL SUBARU
By its Attorney,

COMPLAINTANT'S SIGNATURE
Michael J. McEntee, Esq. (#2092)
915 Tollgate Road, Warwick, RI 02886 (401)823-3313
DATE: August 8, 2007

STATE OF RHODE ISLAND

MOTOR VEHICLE DEALERS
LICENSE AND HEARING BOARD

RECEIVED

AUG 08 2007

RHODE ISLAND MOTOR VEHICLE
DEALER LICENSE & REGULATIONS

| | | |
|---|---|---|
| BALD HILL REALTY CO. d/b/a<br>BALD HILL SUBARU<br><br>Petitioner,<br><br>v.<br><br>SUBARU OF NEW ENGLAND, INC.<br><br>Respondent. | : | C.A. No. |

**AMENDED COMPLAINT**

Petitioner Bald Hill Realty Co., d/b/a Bald Hill Subaru ("Bald Hill"), a Rhode Island Corporation and a franchised and licensed Subaru Dealer, brings this complaint against Respondent Subaru of New England, Inc. ("SNE") for violations of R.I. Gen. Laws § 31-5.1-4, which will be enumerated herein, and requests a hearing on said violations.

1. Bald Hill has been a new car automobile dealer of SNE since 1978 in the Warwick, Rhode Island area.

2. Since its inception, Bald Hill has been a leader in the sale of SNE's autos and consistently one of the top sellers in the State of Rhode Island.

3. Bald Hill has since its inception, maintained a very high (CSI) customer satisfaction rating in the region.

4. Bald Hill has incurred considerable expense to build and maintain a state of the art facility in Warwick, Rhode Island, and expends significant monies in promotion and advertising of SNE's product.

5. Bald Hill has received the "Subaru Stellar Performer Certification" from Subaru of America, Inc. for its exceptional sales and service performance.

6. Bald Hill has received on numerous occasions the "Added Security Superstar Award" from SNE.

7. Bald Hill has received the "Parts and Service Million Dollar Club" award from SNE.

8. Bald Hill has received numerous other awards from SNE.

9. On or about December 29, 1999, Bald Hill had exercised its rights under R.I. Gen. Laws § 31-5.1-4.2 and filed an objection to a proposed new dealership at 939 Newport Avenue, Pawtucket, RI, hereinafter referred to as "Protest".

10. As a result of Bald Hill having exercised its rights under R.I. Gen. Laws § 31-5.1-4.2, by filing the Protest, and as a result of Bald Hill joining a class action lawsuit against SNE, SNE issued a letter of termination on June 25, 1999, effective September 27, 1999.

11. As a result of the June 25, 1999 letter of termination, Bald Hill brought an action before the Dealer's License Commission; in response, SNE filed a complaint in the U.S. District Court for the District of Rhode Island requesting declaratory relief.

12. Subsequently, a settlement was reached between Bald Hill and SNE, both matters were dismissed, and the parties entered into a Franchise Agreement for a five-year period commencing April 1, 2004.

13. Notwithstanding, the actions by SNE against Bald Hill created a climate of hostility from SNE to Bald Hill.

14. From April 1, 2004 through the present, Bald Hill has continued to sell Subarus distributed by SNE to Bald Hill, despite an economy wherein the sale of cars, particularly Subarus, has declined.

15. Bald Hill's performance was exceptional in 2004 and in other years during the five-year Franchise Agreement, as evidenced by Bald Hill's "Subaru Stellar Performer Certification" received from Subaru of America, Inc., and its sales and service record, but the economy has severely impaired Bald Hill's performance.

16. According to SNE's 2007 YTD sales figures, Bald Hill's sales are down from last year YTD by 23.6%, but five other dealerships within SNE's franchise are down in sales from last year YTD by a greater percentage, ranging from 24.0% to 56.8%, according to SNE's sales figures.

17. According to SNE's July 2007 newsletter, Bald Hill's July 2007 sales were down by 52.63% in comparison to July 2006, but at least two other dealerships within SNE's franchise were down by a greater percentags, and most other dealerships within SNE's franchise were down by a large percentage, between 25% and 45%; only one dealership in the franchise was up in sales in July 2007 in comparison to July 2006.

18. On November 14, 2006, SNE sent to Bald Hill a letter entitled: Notice of Sales Performance Deficiencies, Breach of Subaru Dealer Agreement, and Intention to Terminate Subaru Dealer Agreement and Franchise.

19. In said letter, SNE provided Bald Hill with an unreasonable performance criteria which SNE stated Bald Hill must achieve by May 31, 2007 or SNE would send Bald Hill a termination letter terminating Bald Hill's Franchise Agreement with SNE.

20. In said letter, SNE stated that Bald Hill must "sell 288 new Subarus between December 1, 2006 and May 31, 2007…"; but this unreasonable six-month objective was nearly equal to the twelve-month objective for membership in SNE's 2007 Presidential Club (317 new Subaru sales).

21. SNE knew from its own sales figures that Bald Hill's all-time high is 467 new Subaru sales in a single year, half of which is 234.

22. Over the six-month period between December 1, 2006 and May 31, 2007, new Subaru sales by the fourteen dealerships within SNE's franchise ranged from 57 to 274, with an average of 140; no one achieved 288 new sales.

23. Faced with the unreasonable performance criteria of 288 new sales between December 1, 2006 and May 31, 2007, Bald Hill's actual reported sales for that period was 141, just above the franchise-wide average for sales.

24. SNE sent Bald Hill its Notice of Termination of Subaru Dealer Agreement and Franchise by letter dated June 6, 2007.

25. SNE violated the notice requirements of R.I. Gen. Laws § 31-5.1-4 (d)(2)(i)&(ii) in that the performance criteria established by SNE for Bald Hill was unreasonable in light of the economy and market.

26. Due to the unreasonable performance criteria established by SNE, SNE has failed to provide good cause for the termination of Bald Hill in violation of R.I. Gen. Laws § 31-5.1-4 (d)(2)(i).

27. By establishing an unreasonable performance criteria for Bald Hill, SNE has not acted in good faith, in violation of R.I. Gen. Laws § 31-5.1-4 (d)(2)(iv).

28. SNE does not have good cause as required by R.I. Gen. Laws § 31-5.1-4 (d)(1)(ii)&(iii) and has violated said Act by not acting in good faith in issuing a letter of termination; further, SNE's action in its letter of termination is arbitrary, in bad faith, unconscionable, and causes damages to Bald Hill and the public.

29. SNE violated R.I. Gen. Laws § 31-5.1-3, in that SNE's termination of Bald Hill's Franchise Agreement, without good cause, and by establishing an unreasonable performance criteria, constitutes an unfair or deceptive act or practice.

30. R.I. Gen. Laws § 31-5.1-12 and Chapter XII of this Board's Rules and Regulations authorizes this Commission to enforce the provisions of Chapters 31-5 and 31-5.1 and to hold a hearing to show cause why SNE should not be sanctioned, and determine why it should not be ordered to comply with the sections of this chapter.

31. Further, Bald Hill states that under R.I. Gen. Laws § 31-5-23 SNE failed to comply with R.I. Gen. Laws § 31-5-21 through 31-5-27, inclusive, and as aforesaid stated, failed to comply with R.I. Gen. Laws § 31-5.1-1 through 31-5.1-16, inclusive.

32. SNE violated R.I. Gen. Laws § 31-5-23 (7) and has, without provocation, cancelled the franchise of Bald Hill.

33. SNE violated R.I. Gen. Laws § 31-5-23 (8) in that it, without due regard to the equities of Bald Hill, without just provocation issued a letter of termination of Bald Hill's franchise.

34. R.I. Gen. Laws § 31-5-23 provides that SNE's license may be suspended or revoked by this Board for violations of the subsections of R.I. Gen. Laws § 31-5-23.

WHEREFORE, Bald Hill respectfully request that the Commission under the powers given to it, pursuant to R.I. Gen. Laws § 31-5.1-12, R.I. Gen. Laws § 31-5-23, and Chapter XII of this Board's Rules and Regulations, enforce the provisions of Chapters 31-5 and 31-5.1 by granting the following relief:

(1) that this Board find that good cause does not exist for the termination, that SNE acted in bad faith, and that SNE be ordered to cease and desist from terminating Bald Hill's franchise agreement;

(2) that this Board fine SNE for acting in bad faith in violation of Rhode Island Law and order SNE to pay Bald Hill's attorneys fees and costs; and

(3) that this Board find, because of SNE's misconduct, that SNE's license to sell Subaru automobiles in the State of Rhode Island be revoked and/or suspended per R.I. Gen. Laws § 31-5-25.

Respectfully submitted,

BALD HILL REALTY CO. d/b/a
BALD HILL SUBARU
By its Attorney,

Michael J. McEntee, Esq. (#2092)
915 Tollgate Road
Warwick, RI 02886
(401) 823-3313
(401) 826-0950 (fax)

Dated: August 8, 2007