# Exhibit A

SUBARU

**SUBARU OF NEW ENGLAND, INC.**
95 Morse Street
Norwood, Massachusetts 02062

| | | |
|---|---|---|
| Executive Offices | (781) 255-6369 | Fax (781) 255-6370 |
| Fixed Operations | (781) 255-6309 | Fax (781) 255-6316 |
| Sales | (781) 255-6322 | Fax (781) 255-6328 |

**INTERNET ADDRESS:** www.newenglandsubaru.com

***Certified mail, return receipt requested***

November 14, 2006

Mr. Robert H. Petrarca
Mr. Robert G. Petrarca
Mr. James E. Hagen
Bald Hill Realty, Co.,
d/b/a Bald Hill Subaru
1021 Bald Hill Rd
Warwick, RI 02886

**Notice of Sales Performance Deficiencies, Breach of Subaru Dealer Agreement, and Intention to Terminate Subaru Dealer Agreement and Franchise**

Gentlemen:

This follows the visit by Subaru of New England, Inc. ("SNE") Management to Bald Hill Realty, Co., d/b/a Bald Hill Subaru ("Bald Hill") on Tuesday, November 7, 2006. We appreciate the time you took to meet with us and the hospitality you extended to us during our visit.

As we advised you, SNE management has been concerned over the poor sales performance of Bald Hill for several years. We have provided Bald Hill with suggestions regarding Bald Hill's substandard management on many occasions which have not been followed.

SNE believes we have made reasonable efforts to assist Bald Hill over the past several years in order to help improve its performance. However, Bald Hill has refused to act on our suggestions and continues to operate in breach of the material sales performance & personnel provisions of its Agreement, resulting in no significant improvement in Bald Hill's new Subaru sales.

Accordingly, SNE is sending Bald Hill this notice of failure of performance pursuant to paragraph (i) of Rhode Island Statutes, Title 31, Section 31-5.1-4 (d) (3).

When we met with you, we reviewed Bald Hill's new Subaru Sales and Penetration performance during 2003, 2004, 2005 and through 2006 calendar year-to-date, and those data are summarized below:

| | Penetration Ranking | Sales/Market Rank | Lost Business Units/Rank | Bald Hill's Percent of Total Sales into its Area of Responsibility ("AOR") |
|---|---|---|---|---|
| 2003 | 68th among 73 - 2nd to last among active dealer AOR's, and last in Rhode Island | 26th in Sales while Market is 7th largest among all active Dealers in New England, and the largest in Rhode Island | 314 units of "Annual Lost Business" - Most among all active Dealers located in New England | 54.8% |
| 2004 | 72nd among 74 - Last among active Dealer AORs | 33rd in Sales while Market remained 7th largest among all active Dealer AORs in New England, and the largest in Rhode Island | 308 units of "Annual Lost business" - Most among all active Dealers located in New England | 48.8% |
| 2005 | 68th among 74 - 5th from last among active Dealer AORs in New England, and Last in Rhode Island | 31st in Sales while Market remained 7th among all active Dealer AORs in New England, and the largest in Rhode Island | 288 units of "Annual Lost Business" - 3rd most among all active Dealers located in New England, and most in Rhode Island | 48.1% |
| 2006 August CYTD | 71st among 74 -3rd from last among all active Dealer AORs, and last in Rhode Island | 44th in Sales while Market increased to 6th largest among all active Dealer AORs in New England, and remains the largest in Rhode Island | 351 units of "Annual Lost Business" - 2nd most among all active Dealers located in New England, and most in Rhode Island | 47.8% |

It has become clear that Bald Hill's Sales and Penetration performance has been trending downward. In the past several months, Bald Hill's numbers are even worse. From this, it appears that Bald Hill will not or cannot do what is needed to perform at acceptable levels.

As of October of 2006 Bald Hill's new Subaru Sales were down, when compared to October of 2005, by (46.9%), while the District was down (20.1%) and the region was only down (7.8%). Year-to-date through October of this year, Bald Hill's new Subaru Sales are down (30.6%) while the District is only (10.6%) and the Region is only off (5.5%). For the rolling 5 months, beginning 6-1-05 and ending 10-31-06, Bald Hill's sales are off (41%) and the Region is only down (7%).

As well, Subaru Penetration of the Retail Total Industry has declined (12.15%) in Bald Hill's AOR, while the Region Penetration has **increased** by 10.24%. Bald Hill's Penetration performance also ranks poorest among all Subaru Dealers located in Rhode Island while its Market potential for new Subaru Sales is the largest.

There are significant numbers of people who live in Bald Hill's AOR that want to purchase new Subarus; however, they do not want to purchase them from Bald Hill In fact, Bald Hill's Purchase Owner Loyalty Index ranks Bald Hill 50th through September of this year, which is last among all Subaru Dealers located in New England, that have been in business for the entire year.

This situation is injurious to consumers in Bald Hill's AOR. It is clear Bald Hill is not selling adequate Subarus to the public, or adequately serving the public. (See enclosed Dealer Performance Report.)

Bald Hill's Subaru Dealer Agreement requires it "to effectively sell Subaru products to customers located in {its} Area of Responsibility." See Standard Provisions Section 10.2. Bald Hill also agreed in the Standard Provisions, Section 9.1, to "use its best efforts to aggressively and effectively promote the sale of Subaru products in the Area of Responsibility through regular contacts with existing and prospective owners and users of Subaru products."

As you know, in Addendum I to your current Subaru Dealer Agreement you agreed to, among other things, the following evaluation of Bald Hill's performance:

"DEALER acknowledges the importance of its overall performance in relation to the purposes and objectives of this Agreement. SNE will periodically evaluate DEALER'S performance of its responsibilities in the areas of sales, service, parts and customer satisfaction, based upon such reasonable criteria as SNE may establish from time to time. SNE agrees to review all such evaluations with DEALER and will provide DEALER a copy thereof. If upon evaluation of DEALER'S performance SNE determines DEALER'S performance to be unsatisfactory, DEALER agrees to take prompt action to improve its performance and, if requested by SNE, to notify SNE in writing of its detailed plans and timetables for accomplishing those improvements.

A. **SALES PERFORMANCE EVALUATION**
DEALER agrees to effectively sell Subaru Products to customers located in its Area of Responsibility. DEALER'S performance of its sales obligations, without regard to its Planning Volume, will be evaluated by SNE on the basis of such reasonable criteria as SNE may develop from time to time and communicate in advance to DEALER, including, but not limited to, those reasonable sales objectives that SNE may establish and a comparison of DEALER'S sales performance with other Subaru dealers located in the State DEALER is located or throughout New England or in other geographic areas such as DEALER'S district or in similar size markets to DEALER'S

B. **SERVICE PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S service performance in such areas as, without limitation, warranty management, compliance with the Subaru Warranty Policy and Procedures Manual, service management, service operating procedures, service staffing and training, administration, service facilities and equipment, new vehicle pre-delivery service, customer handling and customer retention

C. **PARTS PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S parts performance in such areas as, without limitation, general parts management, parts operating procedures, parts staffing and training, parts facilities, parts inventory management, parts sales. accessory sales, parts merchandising and parts availability to customers.

D. **CUSTOMER SATISFACTION PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S performance of its responsibilities in the area of customer satisfaction based on the following considerations:

1. DEALER will be provided with customer satisfaction reports or such other equivalent data as will permit DEALER to assess its performance and maintain the highest level of customer satisfaction. DEALER agrees to review with its employees on a regular basis the results of the customer satisfaction reports or other data it receives.

2. DEALER agrees to develop, implement and review with SNE specific action plans for improving results in the event that DEALER is below the average customer satisfaction levels for other Subaru dealers in such areas that SNE believes are a reasonable basis for comparison. DEALER shall respond on a timely basis to requests from SNE to take action on unsatisfactory customer satisfaction matters and to commit necessary resources to remedy deficiencies reasonably specified by SNE, and DEALER shall remedy those deficiencies. SNE reserves the right to establish reasonable, uniform criteria to be used to evaluate DEALER

E. **TERMINATION FOR FAILURE OF PERFORMANCE**
If upon evaluation of DEALER'S performance pursuant to paragraphs 1(A)-(D) herein, SNE concludes that DEALER has failed to perform adequately its sales. service, parts or customer satisfaction responsibilities or to provide dealership facilities which meet or exceed SNE Standards, SNE shall notify DEALER in writing of such failure(s) and will endeavor to review promptly with DEALER the nature and extent of such failure(s). DEALER will be granted a time period as may be reasonable or as required by law to correct such failure(s). If DEALER fails or refuses to correct such failure(s), or comply with any applicable law regarding a time period towards making substantial progress towards remedying such failure(s), SNE may terminate the Agreement upon such notice as may be required by law."

Bald Hill has failed to perform its obligations contained in paragraph A. and D. above. Further, it has not aggressively, actively and effectively promoted the sale of Subaru products in its AOR, in violation of the Standard Provisions, Section 9.1, nor has it effectively sold Subaru products to customers in its AOR in violation of the Standard Provisions, Section 10.2.

Therefore in accordance with Rhode Island Statutes, Title 31 Section 31-5.1-4, please be advised that unless Bald Hill corrects these deficiencies on or before May 31, 2007, SNE will send Notice of Termination of Bald Hill's Subaru Dealer Agreement and Subaru Franchise. In order for Bald Hill to cure its deficiencies, it must achieve the following:

1) Bald Hill must sell at least 55% of the new Subarus sold into its AOR.

2) Bald Hill must sell 288 new Subarus between December 1, 2006 and May 31, 2007 pursuant to the enclosed "Bald Hill Sales Potential Analysis..."

3) Bald Hill must raise its SOLI purchase score up to at least the Regional average between December 1, 2006 and May 31, 2007; and, maintain a satisfactory service SOLI score during that period as well.

Please feel free to contact me if you have any questions and/or if you believe SNE can assist you. We will be pleased to make every reasonable effort to help you improve Bald Hill's new Subaru sales.

Sincerely,

Henry J. Burbank Jr.
Vice President – Market Development

# SUBARU. Dealer Performance Report

## 010-236 Bald Hill Subaru

**Warwick, Rhode Island**

**Area of Responsibility 010-301C Providence Warwick**

**November 14, 2006**

## Retail Sales - October 2006

| | One-Month | | | | Year-to-Date | | | | Rolling Twelve | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dealer | Rank | District | Region | Dealer | Rank | District | Region | Dealer | Rank | District | Region |
| Current Year | 17 | 54 | 291 | 2,052 | 256 | 44 | 3,440 | 22,669 | 320 | 44 | 4,208 | 27,468 |
| Prior Year | 32 | 31 | 364 | 2,225 | 369 | 29 | 3,848 | 23,990 | 442 | 28 | 4,633 | 28,354 |
| % Change | -46.9% | | -20 1% | -7 8% | -30.6% | | -10 6% | -5 5% | -27.6% | | -9 2% | -3 1% |

## Market Penetration - Year-to-Date August 2006

| | AOR | Market | District | State | Region |
|---|---|---|---|---|---|
| Subaru Registrations | 190 | 401 | 2,905 | 983 | 18,947 |
| Industry Registrations | 10,101 | 19,154 | 91,381 | 37,235 | 467,914 |
| Subaru Penetration | 1 881% | 2 094% | 3 179% | 2.640% | 4.049% |

## Added Security Penetration - September 2006

| | One-Month | | | Three-Month | | | Year-to-Date | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dealer | District | Region | Dealer | District | Region | Dealer | District | Region |
| Vehicle Sales | 16 | 314 | 2,021 | 74 | 1,197 | 7,459 | 239 | 3,149 | 20,617 |
| Contracts | 1 | 68 | 949 | 23 | 300 | 3,173 | 107 | 941 | 8,184 |
| Penetration | 6.3% | 21 7% | 47.0% | 31 1% | 25.1% | 42 5% | 44.8% | 29.9% | 39.7% |

## Owner Loyalty Program - September 2006

| | One-Month | | | | Year-to-Date | | | |
|---|---|---|---|---|---|---|---|---|
| | Dealer | Rank | District | Region | Dealer | Rank | District | Region |
| Purchase SOLI+ | 88.24 | 35 | 90.15 | 87.44 | 87 71 | 50 | 91.34 | 91 14 |
| Service SOLI+ | 100 00 | 1 | 88.10 | 83.11 | 96.43 | 4 | 92.14 | 87.63 |

This report represents certain aspects of Dealer's overall performance and is not intended to be a comprehensive report on overall performance as a Subaru dealer.

## Bald Hill Subaru Annual Potential Sales Rate Worksheet Based on October CYTD 2006 Sales and August CYTD 2006 Retail Registration Data

Based on Segmentation:

| Segment | Actual Subaru | Retail Industry | Share |
|---|---|---|---|
| Tribeca | 1,470 | 30,907 | 4.8% |
| Baja | 402 | 3,601 | 11.2% |
| Forester | 5,278 | 49,349 | 10.7% |
| Impreza Sedan | 1,848 | 53,164 | 3.5% |
| Impreza Wagon | 2,182 | 11,267 | 19.4% |
| Legacy Sedan | 1,831 | 77,328 | 2.4% |
| Legacy Wagon | 5,936 | 36,492 | 16.3.% |

Warwick AOR

| Segment | Potental Subaru | Retail Industry | Share |
|---|---|---|---|
| Tribeca | 27 | 571 | 4.8% |
| Baja | 7 | 61 | 11.2% |
| forester | 118 | 1,105 | 10.7% |
| Impreza Sedan | 44 | 1,246 | 3.5% |
| Impreza Wagon | 30 | 156 | 19.4% |
| Legacy Sedan | 51 | 2,128 | 2.4% |
| Legacy Wagon | 129 | 789 | 16.3.% |

| | Divided by | | Times | | Equals | |
|---|---|---|---|---|---|---|
| 406 | / | 8 | x | 12 | = | **609** |

### Prior Five Year Sales By Subaru Dealers Located in New England

| YEAR | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | | | | | | | | | | | 2,160 | 2,243 | 4,403 |
| 2002 | 1,611 | 1,696 | 1,906 | 2,217 | 2,190 | 2,035 | 2,407 | 2,872 | 2,108 | 2,217 | 1,930 | 2,039 | 25,228 |
| 2003 | 1,995 | 2,153 | 2,614 | 2,182 | 2,225 | 2,476 | 2,675 | 2,771 | 2,032 | 2,285 | 1,886 | 2,180 | 27,474 |
| 2004 | 1,668 | 1,965 | 2,405 | 2,157 | 2,100 | 2,400 | 2,668 | 2,357 | 2,233 | 2,086 | 1,877 | 2,487 | 26,403 |
| 2005 | 1,478 | 2,559 | 2,412 | 2,638 | 2,001 | 2,370 | 2,940 | 3,020 | 2,345 | 2,225 | 2,217 | 2,582 | 28,787 |
| 2006 | 1,719 | 2,056 | 2,575 | 2,135 | 2,199 | 2,474 | 2,764 | 2,674 | 2,021 | 2,052 | | | 22,669 |
| PRIOR 5 YR AVG | 1,658 | 2,043 | 2,259 | 2,294 | 2,166 | 2,365 | 2,600 | 2,751 | 2,174 | 2,173 | 2,014 | 2,306 | 26,803 |
| Average Month as % of YR | 6.2% | 7.6% | 8.4% | 8.6% | 8.1% | 8.8% | 9.7% | 10.3% | 8.1% | 8.1% | 7.5% | 8.6% | 100% |

### Bald Hill's New Subaru Sales Expectancy Between December 2006 and May 2007 Seasonalized Based on Average Subaru Dealer Sales in New England (609 Times Applicable Month Average % of Annual Sales)

| YEAR | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | | | | | | | | | | | | 52 | 52 |
| 2007 | 38 | 46 | 51 | 52 | 49 | | | | | | | | 236 |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT PETRARCA, JR.
BALD HILL SUBARU
1021 BALD HILL Rd
WARWICK, RI 02886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) ROBERT HAGAN
C. Date of Delivery 11/12/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 0750 0003 0282 2945

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540