# Exhibit B

SUBARU

**SUBARU OF NEW ENGLAND, INC.**
95 Morse Street
Norwood, Massachusetts 02062

| | | |
|---|---|---|
| Executive Offices | (781) 255-6369 | Fax (781) 255-6370 |
| Fixed Operations | (781) 255-6309 | Fax (781) 255-6316 |
| Sales | (781) 255-6322 | Fax (781) 255-6328 |

INTERNET ADDRESS: www.newenglandsubaru.com

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

June 6, 2007

Mr. James E. Hagan
Mr. Robert H. Petrarca
Mr. Robert G. Petrarca
Bald Hill Subaru
1021 Bald Hill Road
Warwick, RI 02886

**Re: Notice of Termination of Subaru Dealer Agreement and Franchise**

Gentlemen:

As you know, in the Subaru Dealer Agreement executed April 1, 2004 between Subaru of New England, Inc. ("SNE") and Bald Hill Realty, Co. d/b/a Bald Hill Subaru ("Bald Hill"), among other things, Bald Hill agreed to the following:

1 Evaluation of Dealer's Performance

DEALER acknowledges the importance of its overall performance in relation to the purposes and objectives of this Agreement. SNE will periodically evaluate DEALER'S performance of its responsibilities in the areas of sales, service, parts and customer satisfaction, based upon such reasonable criteria as SNE may establish from time to time. SNE agrees to review all such evaluations with DEALER and will provide DEALER a copy thereof. If upon evaluation of DEALER'S performance SNE determines DEALER'S performance to be unsatisfactory, DEALER agrees to take prompt action to improve its performance and, if requested by SNE, to notify SNE in writing of its detailed plans and timetables for accomplishing those improvements.

A **SALES PERFORMANCE EVALUATION**
DEALER agrees to effectively sell Subaru Products to customers located in its Area of Responsibility. DEALER'S performance of its sales obligations, without regard to its Planning Volume, will be evaluated by SNE on the basis of such reasonable criteria as SNE may develop from time to time and communicate in advance to DEALER, including, but not limited to, those reasonable sales objectives that SNE may establish and a comparison of DEALER'S sales performance with other Subaru dealers located in the State DEALER is located or throughout New England or in other geographic areas such as DEALER'S district or in similar size markets to DEALER'S

B **SERVICE PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S service performance in such areas as, without limitation, warranty management, compliance with the Subaru Warranty Policy and Procedures Manual, service management, service operating procedures, service staffing and training, administration, service facilities and equipment, new vehicle pre-delivery service, customer handling and customer retention

C **PARTS PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S parts performance in such areas as, without limitation, general parts management, parts operating procedures, parts staffing and training, parts facilities, parts inventory management, parts sales, accessory sales, parts merchandising and parts availability to customers.

D **CUSTOMER SATISFACTION PERFORMANCE EVALUATION**
SNE will evaluate DEALER'S performance of its responsibilities in the area of customer satisfaction based on the following considerations:

1 DEALER will be provided with customer satisfaction reports or such other equivalent data as will permit DEALER to assess its performance and maintain the highest level of customer satisfaction. DEALER agrees to review with its employees on a regular basis the results of the customer satisfaction reports or other data it receives.

2 DEALER agrees to develop, implement and review with SNE specific action plans for improving results in the event that DEALER is below the average customer satisfaction levels for other Subaru dealers in such areas that SNE believes are a reasonable basis for comparison. DEALER shall respond on a timely basis to requests from SNE to take action on unsatisfactory customer satisfaction matters and to commit necessary resources to remedy deficiencies reasonably specified by SNE, and DEALER shall remedy those deficiencies. SNE reserves the right to establish reasonable, uniform criteria to be used to evaluate DEALER.

E. **TERMINATION FOR FAILURE OF PERFORMANCE**

If upon evaluation of DEALER'S performance pursuant to paragraphs 1(A)-(D) herein, SNE concludes that DEALER has failed to perform adequately its sales, service, parts or customer satisfaction responsibilities or to provide dealership facilities which meet or exceed SNE Standards, SNE shall notify DEALER in writing of such failure(s) and will endeavor to review promptly with DEALER the nature and extent of such failure(s). DEALER will be granted a time period as may be reasonable or as required by law to correct such failure(s). If DEALER fails or refuses to correct such failure(s), or comply with any applicable law regarding a time period towards making substantial progress towards remedying such failure(s), SNE may terminate the Agreement upon such notice as may be required by law.

Also, as you know, Subaru of New England, Inc. ("SNE") sent to Bald Hill Realty, Co. d/b/a Bald Hill Subaru ("Bald Hill") "Notice of Sales Performance Deficiencies, Breach of Subaru Dealer Agreement, and Intention to Terminate Subaru Dealer Agreement and Franchise" dated November 14, 2006 ("Notice").

In our Notice, among other things, SNE sent Bald Hill a "... new Subaru sales expectancy..." worksheet that established a fair and reasonable annual sales objective for Bald Hill based on the actual new Subaru sales potential in Bald Hill's Area of Responsibility "(AOR") using a segmented retail registration analysis.

SNE also "seasonalized" the sales objective, by month, factoring in the average percent of the total annual new Subaru sales by all the Subaru dealers in New England each month represented as a percent of the total.

Bald Hill's performance toward the achievement of the new Subaru sales objective during the period between December 2006 and May 2007 ("Monitoring Period"), as set forth in our Notice was abysmal as the following chart depicts:

| | Dec 2006 | Jan 2007 | Feb 2007 | Mar 2007 | Apr 2007 | May 2007 | Total |
|---|---|---|---|---|---|---|---|
| Objective | 52 | 38 | 46 | 51 | 52 | 49 | 288 |
| Bald Hill's Actual Reported Sales | 29 | 20 | 13 | 30 | 27 | 22 | 141 |

Bald Hill only accomplished 49% of its objective during the Monitoring Period; and, not only did it not reach those numbers, it sold (19%) fewer new Subarus between December and May than it did during the same period last year as the following chart depicts:

| | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|
| 2005/2006 | 35 | 19 | 30 | 35 | 25 | 31 | 175 |
| 2006/2007 | 29 | 20 | 13 | 30 | 27 | 22 | 141 |

In contrast, Bald Hill's used retail sales increased 8% between December 2006 and April 2007.

As well, during the first three months of 2007, Subaru penetration in Bald Hill's AOR is the lowest among all active Subaru dealer AORs in New England (see Chart 1); Subaru penetration in Bald Hill's AOR has declined more than any other dealer in New England (see Chart 2); and, Bald Hill has experienced more "Lost Business" than any other active Subaru dealer in New England as Chart 3 reflects.

Finally, through March of 2007, Bald Hill's new Subaru sales rank Bald Hill 44th among all Subaru dealers located in New England while its AOR ranks 6th in sales potential based on total retail industry registrations. Please see Chart 4 enclosed.

In Paragraph 9 of the Standard Provisions to Bald Hill's Subaru Dealer Agreement Bald Hill, among other things, agreed to "...use its best efforts to aggressively, actively, and effectively promote the sale of Subaru Products in the Area of Responsibility through regular contacts with existing and prospective owners and users of Subaru Products, including participation in promotional events in accordance with reasonable Distributor Directives."

The reason Bald Hill did not make any progress toward achieving its minimum new Subaru sales requirement is because Bald Hill did not make reasonable efforts to do so. Without limitation, Bald Hill: 1.) Did not increase its new car advertising, 2.) Did not increase its sales force and 3.) Did not increase its new Subaru inventory to bring it in line with its monthly sales objectives during the Monitoring Period

The following tables reflect the foregoing:

**Advertising Expenditure**

New Vehicle

| | December | January | February | March | April | Total |
|---|---|---|---|---|---|---|
| 2005/2006 | $10,726 | $10,131 | $12,221 | $13,749 | $16,115 | $62,942 |
| 2006/2007 | $7,176 | $12,632 | $12,494 | $10,385 | $15,049 | $57,736 |

Used Vehicle

| | December | January | February | March | April | Total |
|---|---|---|---|---|---|---|
| 2005/2006 | $10,138 | $4,042 | $3,856 | $5,476 | $10,571 | $34,128 |
| 2006/2007 | $1,883 | $3,748 | $4,321 | $4,941 | $17,720 | $32,614 |

**Sales People**

| | December | January | February | March | April | May | Average |
|---|---|---|---|---|---|---|---|
| 2005/2006 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| 2006/2007 | 6 | 4 | 5 | 5 | 4 | 5 | 5 |

**New Subaru Inventory Units**

| | December | January | February | March | April | Average |
|---|---|---|---|---|---|---|
| 2005/2006 | 105 | 100 | 101 | 86 | 87 | 96 |
| 2006/2007 | 66 | 49 | 58 | 51 | 48 | 54 |

For example, in order to achieve the minimum new Subaru sales requirement during the Monitoring Period, for the month of January, Bald Hill should have sold 38 new Subarus. In order to maintain its then current used retail to new Subarus sold of .85 to 1 then Bald Hill should have targeted 32 used retail for a total of 70 retail new and used vehicle sales.

In order to achieve that level of new and used retail sales Bald Hill should have had at least 76 new Subarus in its inventory, plus demos, at the beginning of the month but it only had 66; it should have employed at least nine sales people in January, instead of four, based on Bald Hill's average sales per sales person of 8.2 new and used; and, it should have spent at least $24,500 for new and used advertising (70 times (x) at least $350/unit of sales objective) but it only spent $16,380.

During the Monitoring Period, Bald Hill, in fact, did not maintain an adequate supply of new Subarus; it did not employ an adequate number of salespeople; and it did not spend an adequate amount for new vehicle advertising. Further, Bald Hill's apparent increased focus on used retail sales was probably also a factor in its declining new sales performance; and, Bald Hill did not even employ the minimum of six salespeople it agreed to provide in its Subaru Dealer Agreement.

Bald Hill did not use its "...best efforts to aggressively, actively, and effectively promote the sale of Subaru products.. " as required by its Agreement. In fact Bald Hill did not take any of the basic steps needed to improve in this critical area of new Subaru sales during the Monitoring Period. Further, Bald Hill's Service SOLI decreased. These deficiencies are not remotely offset by the improvement in Bald Hill's Purchase SOLI and percent of total Subarus sold into its AOR.

As this demonstrates, Bald Hill failed to comply with provisions of the franchise which are reasonable and of material significance to the franchise relationship. Although SNE provided Bald Hill with a reasonable opportunity to comply with its reasonable performance criteria, Bald Hill did not demonstrate substantial progress towards compliance during that period.

**Accordingly, for these reasons and those discussed in the Notice, pursuant to Rhode Island Statutes, Title 31-5.1.4(d) (including without limitation (d)(3)(i)) and Bald Hill's Subaru franchise, the Subaru Dealer Agreement made as of the 1st day of April, 2004, between SNE and Bald Hill will be terminated by SNE effective as of the close of business on Monday, September 10, 2007.**

Please feel free to contact me if you have any questions or comments at 781-255-6379.

Sincerely,

Henry J. Burbank
Vice President Market Development

/enclosures

WITHOUT OPEN POINTS

## MARCH 2007 YTD

### RANKING OF RETAIL SUBARU REGISTRATIONS AS A PERCENT OF TOTAL RETAIL INDUSTRY REGISTRATIONS BY AREA OF RESPONSIBILITY (AOR)

| | | |
|---|---|---|
| 1 | TORRINGTON, CT (CENTER) | 9.48% |
| 2 | TRENTON, ME (STANLEY) | 9.06% |
| 3 | BRATTLEBORO, VT (STACY) | 8.99% |
| 4 | NORWICH, VT (THE CAR STORE) | 8.60% |
| 5 | CLAREMONT, NH (CLAREMONT) | 8.32% |
| 6 | BENNINGTON, VT (BENNINGTON) | 7.69% |
| 7 | CONWAY, NH (PROFILE) | 7.38% |
| 8 | KEENE, NH (KEENE) | 7.34% |
| 9 | BERLIN, VT (TWIN CITY) | 6.56% |
| 10 | CANTON, CT (MITCHELL) | 6.51% |
| 11 | RUTLAND, VT (KINNEY) | 6.43% |
| 12 | BURLINGTON, VT (BURLINGTON) | 6.29% |
| 13 | PORTLAND, ME (MAINE MALL) | 6.16% |
| 14 | MILFORD, NH (MILFORD) | 5.97% |
| 15 | SACO, ME (PATRIOT) | 5.92% |
| 16 | WOOLWICH, ME (BATH) | 5.87% |
| 17 | NORTHAMPTON, MA (STEVE LEWIS) | 5.85% |
| 18 | LYME, CT (REYNOLDS) | 5.80% |
| 19 | ST. JOHNSBURY (SAINT J.) | 5.79% |
| 20 | AUBURN, ME (EVERGREEN) | 5.72% |
| 21 | DANBURY, CT (COLONIAL) | 5.71% |
| 22 | CONCORD, NH (ED REILLY) | 5.62% |
| 23 | BELMONT, NH (BELKNAP) | 5.34% |
| 24 | NORTH FRANKLIN, CT (HOLMGREN) | 5.25% |
| 25 | NEWINGTON, NH (AMD) | 5.09% |
| 26 | SHELTON, CT (CRABTREE) | 5.03% |
| 27 | STRATHAM, NH (EXETER) | 4.73% |
| 28 | AUGUSTA, ME (CHARLIES) | 4.55% |
| 29 | WATERTOWN, CT (CHASE PARKWAY) | 4.53% |
| 30 | BRANFORD, CT (PREMIER) | 4.40% |
| 31 | ACTON, MA (VILLAGE) | 4.33% |
| 32 | MANCHESTER, NH (MANCHESTER) | 4.32% |
| 33 | PITTSFIELD, MA (PETES) | 4.31% |
| 34 | BANGOR, ME (QUIRK) | 4.28% |
| 35 | BELMONT, MA (CITYSIDE) | 4.27% |
| 36 | VERNON, CT (SUBURBAN) | 4.15% |
| 37 | NEW LONDON, CT (SECOR) | 4.10% |
| 38 | NORWALK, CT (GEORGETOWN) | 4.05% |
| 39 | MIDDLETOWN, CT (SCHALLER) | 4.02% |
| 40 | SOMERSWORTH, NH (TRI CITY) | 3.97% |
| 41 | FITCHBURG, MA (NORTH END) | 3.96% |
| | NEW ENGLAND AVERAGE | 3.89% |
| 42 | WALLINGFORD, CT (QUALITY) | 3.76% |
| 43 | HARTFORD, CT (HARTE) | 3.59% |
| 44 | WILBRAHAM, MA (CURRY) | 3.53% |
| 45 | BOURNE, MA (ATLANTIC) | 3.46% |
| 46 | ENFIELD, CT (RALLY) | 3.40% |
| 47 | HYANNIS, MA (BEARD) | 3.27% |
| 48 | STAMFORD, CT (STAMFORD) | 3.26% |
| 49 | DANVERS, MA (IRA) | 3.19% |
| 50 | WEST SPRINGFIELD, MA (BERTERA) | 3.11% |
| 51 | NORTH KINGSTOWN, RI (PILGRIM) | 3.05% |
| 52 | MILFORD, CT (DAN PERKINS) | 2.93% |
| 53 | SHREWSBURY MA (PATRICKS) | 2.91% |
| 54 | WEBSTER, MA (LONG) | 2.89% |
| 55 | NATICK, MA (NATICK) | 2.76% |
| 56 | NASHUA, NH (NASHUA) | 2.55% |
| 57 | WILMINGTON, MA (PATRICK SUBARU NORTH) | 2.51% |
| 58 | SALEM, NH (SINGER) | 2.13% |
| 59 | PAWTUCKET, RI (CARLA) | 2.10% |
| 60 | NORTH SMITHFIELD, RI (ANCHOR) | 2.09% |
| 61 | NORWOOD, MA (NORWOOD) | 2.08% |
| 62 | BRAINTREE, MA (QUIRK WORKS) | 2.03% |
| 63 | WAKEFIELD, MA (WAKEFIELD) | 1.95% |
| 64 | HANOVER, MA (PLANET) | 1.70% |
| 65 | FALL RIVER, MA (SOMERSET) | 1.61% |
| 66 | RAYNHAM, MA (MASTRIA) | 1.38% |
| 67 | WARWICK, RI (BALD HILL) | 1.21% |

SORTED BY % INCREASE

## MARCH 2007 YTD VS. MARCH 2006 YTD PENETRATION BY AOR

| # | | MARCH 2007 YTD SUBARU % TOTAL | MARCH 2006 YTD SUBARU % TOTAL | 2007 PERCENT INCREASE/DECREASE |
|---|---|---|---|---|
| 1 | ST. ALBANS, VT (OPEN POINT) | 5.08% | 3.22% | + 57.76% |
| 2 | AUBURN, ME (EVERGREEN) | 5.72% | 3.92% | + 45.92% |
| 3 | SACO, ME (PATRIOT) | 5.92% | 4.11% | + 44.04% |
| 4 | BRAINTREE, MA (QUIRK WORKS) | 2.03% | 1.48% | + 37.16% |
| 5 | HYANNIS, MA (BEARD) | 3.27% | 2.70% | + 21.11% |
| 6 | WILMINGTON, MA (PATRICK SUBARU NORTH) | 2.51% | 2.10% | + 19.52% |
| 7 | PORTLAND, ME (MAINE MALL) | 6.16% | 5.25% | + 17.33% |
| 8 | ENFIELD, CT (RALLY) | 3.40% | 2.93% | + 16.04% |
| 9 | DANVERS, MA (IRA) | 3.19% | 2.78% | + 14.75% |
| 10 | WALLINGFORD, CT (QUALITY) | 3.78% | 3.30% | + 14.55% |
| 11 | SHELTON, CT (CRABTREE) | 5.03% | 4.40% | + 14.32% |
| 12 | MIDDLETOWN, CT (OPEN POINT) | 4.02% | 3.59% | + 11.98% |
| 13 | CLAREMONT, NH (CLAREMONT) | 8.32% | 7.65% | + 8.76% |
| 14 | WILBRAHAM, MA (CURRY) | 3.53% | 3.25% | + 8.62% |
| 15 | HARTFORD, CT (HARTE) | 3.59% | 3.40% | + 5.59% |
| 16 | ST. JOHNSBURY (SAINT J.) | 5.79% | 5.53% | + 4.70% |
| 17 | WEST SPRINGFIELD, MA (BERTERA) | 3.11% | 2.99% | + 4.01% |
| 18 | CONCORD, NH (ED REILLY) | 5.62% | 5.44% | + 3.31% |
| 19 | TRENTON, ME (STANLEY) | 9.06% | 8.82% | + 2.72% |
| 20 | CANTON, CT (MITCHELL) | 6.51% | 6.45% | + 0.93% |
| 21 | PAWTUCKET, RI (CARLA) | 2.10% | 2.12% | - 0.94% |
| 22 | BRANFORD, CT (PREMIER) | 4.40% | 4.53% | - 2.87% |
| 23 | STRATHAM, NH (EXETER) | 4.73% | 4.89% | - 3.27% |
| 24 | NORWICH, VT (THE CAR STORE) | 8.60% | 8.94% | - 3.80% |
| 25 | NATICK, MA (NATICK) | 2.76% | 2.87% | - 3.83% |
| 26 | TORRINGTON, CT (CENTER) | 9.48% | 9.93% | - 4.53% |
| 27 | BANGOR, ME (QUIRK) | 4.28% | 4.54% | - 5.73% |
| 28 | NORTH FRANKLIN, CT (HOLMGREN) | 5.25% | 5.58% | - 5.91% |
| 29 | NEWINGTON, NH (AMD) | 5.09% | 5.45% | - 6.61% |
| 30 | AMESBURY, MA (OPEN POINT) | 3.42% | 3.69% | - 7.32% |
| 31 | CARIBOU, ME (OPEN POINT) | 2.11% | 2.28% | - 7.45% |
| 32 | NORWALK, CT (GEORGETOWN) | 4.05% | 4.39% | - 7.74% |
| 33 | ACTON, MA (VILLAGE) | 4.33% | 4.72% | - 8.26% |
| 34 | RUTLAND, VT (KINNEY) | 6.43% | 7.05% | - 8.79% |
| 35 | MANCHESTER, NH (MANCHESTER) | 4.32% | 4.74% | - 8.86% |
| 36 | CONWAY, NH (PROFILE) | 7.38% | 8.18% | - 9.76% |
| 37 | NORTH KINGSTOWN, RI (PILGRIM) | 3.05% | 3.42% | - 10.82% |
| 38 | BELMONT, NH (BELKNAP) | 5.34% | 6.01% | - 11.15% |
| 39 | PLAINVILLE, CT (SCHALLER) | 3.45% | 3.89% | - 11.31% |
| 40 | HANOVER, MA (PLANET) | 1.70% | 1.92% | - 11.45% |
| 41 | NORTHAMPTON, MA (STEVE LEWIS) | 5.85% | 6.61% | - 11.50% |
| | **NEW ENGLAND AVERAGE** | **3.89%** | **4.45%** | **- 12.58%** |
| 42 | NEW LONDON, CT (SECOR) | 4.10% | 4.70% | - 12.77% |
| 43 | NASHUA, NH (NASHUA) | 2.55% | 2.93% | - 12.97% |
| 44 | KEENE, NH (KEENE) | 7.34% | 8.47% | - 13.34% |
| 45 | BURLINGTON, VT (BURLINGTON) | 6.29% | 7.37% | - 14.65% |
| 46 | VERNON, CT (SUBURBAN) | 4.15% | 4.91% | - 15.48% |
| 47 | WATERTOWN, CT (CHASE PARKWAY) | 4.53% | 5.36% | - 15.49% |
| 48 | BOURNE, MA (ATLANTIC) | 3.46% | 4.10% | - 15.61% |
| 49 | BELMONT, MA (CITYSIDE) | 4.27% | 5.11% | - 16.44% |
| 50 | NORWOOD, MA (NORWOOD) | 2.08% | 2.57% | - 19.07% |
| 51 | BENNINGTON, VT (BENNINGTON) | 7.69% | 9.66% | - 20.39% |
| 52 | AUGUSTA, ME (CHARLIES) | 4.55% | 5.73% | - 20.59% |
| 53 | BROOKLINE, MA (OPEN POINT) | 2.70% | 3.41% | - 20.82% |
| 54 | SOMERSWORTH, NH (TRI CITY) | 3.97% | 5.15% | - 22.91% |
| 55 | MILFORD, CT (DAN PERKINS) | 2.93% | 3.82% | - 23.30% |
| 56 | MILFORD, NH (MILFORD) | 5.97% | 7.92% | - 24.62% |
| 57 | WAKEFIELD, MA (WAKEFIELD) | 1.95% | 2.59% | - 24.71% |
| 58 | WEBSTER, MA (LONG) | 2.89% | 3.86% | - 25.13% |
| 59 | SHREWSBURY MA (PATRICKS) | 2.91% | 3.90% | - 25.38% |
| 60 | STAMFORD, CT (STAMFORD) | 3.26% | 4.38% | - 25.57% |
| 61 | FITCHBURG, MA (NORTH END) | 3.96% | 5.33% | - 25.70% |
| 62 | DANBURY, CT (COLONIAL) | 5.71% | 7.69% | - 25.75% |
| 63 | NORTH SMITHFIELD, RI (ANCHOR) | 2.09% | 2.84% | - 26.41% |
| 64 | WOOLWICH, ME (BATH) | 5.87% | 7.98% | - 26.44% |
| 65 | BERLIN, VT (TWIN CITY) | 6.56% | 9.42% | - 30.36% |
| 66 | WORCESTER (OPEN POINT) | 2.19% | 3.21% | - 31.78% |
| 67 | FALL RIVER, MA (SOMERSET) | 1.61% | 2.37% | - 32.07% |
| 68 | PITTSFIELD, MA (PETES) | 4.31% | 6.38% | 32.45% |
| 69 | LYME, CT (REYNOLDS) | 5.80% | 8.69% | - 33.26% |
| 70 | BRATTLEBORO, VT (STACY) | 8.99% | 13.67% | - 34.24% |
| 71 | RAYNHAM, MA (MASTRIA) | 1.38% | 2.16% | - 36.11% |
| 72 | SALEM, NH (SINGER) | 2.13% | 3.35% | - 36.42% |
| 73 | NEWPORT, RI (STUDY AREA) | 2.58% | 4.54% | - 43.17% |
| 74 | WARWICK, RI (BALD HILL) | 1.21% | 2.61% | **- 53.64%** |

## MARCH 2007 YTD

### RANKING OF NEW ENGLAND STATES RETAIL SUBARU REGISTRATIONS AS A PERCENT OF TOTAL INDUSTRY BY AREA OF RESPONSIBILITY (AOR)

| | STATE | RETAIL SUBARU REGISTRATIONS | RETAIL TOTAL INDUSTRY REGISTRATIONS | SUBARU PERCENTAGE OF TOTAL INDUSTRY |
|---|---|---|---|---|
| 1 | VERMONT | 574 | 8,503 | 6.75% |
| 2 | MAINE | 595 | 11,064 | 5.38% |
| 3 | NEW HAMPSHIRE | 733 | 16,331 | 4.49% |
| 4 | CONNECTICUT | 1,555 | 34,943 | 4.45% |
| | AVERAGE | 877 | 22,505 | 3.89% |
| 5 | MASSACHUSETTS | 1,557 | 52,152 | 2.99% |
| 6 | RHODE ISLAND | 245 | 12,034 | 2.04% |
| | TOTAL | 5,259 | 135,027 | 3.89% |

### ANNUAL 'LOST BUSINESS' BASED ON HIGHER OF STATE AND REGIONAL AVERAGE

*(NOTE: ONLY AORs EXPERIENCING 'LOST BUSINESS' ARE SHOWN)*

| AOR | RETAIL TOTAL INDUSTRY REGISTRATIONS | REGIONAL OR STATE AVERAGE | SALES POTENTIAL BASED ON REGIONAL OR STATE AVERAGE | ACTUAL AOR SUBARU REGISTRATIONS | LOST BUSINESS FOR PERIOD | ANNUAL LOST BUSINESS |
|---|---|---|---|---|---|---|
| WARWICK | 3,309 | 3.89% | 129 | 40 | 89 | 356 |
| MANCHESTER | 2,223 | 4.49% | 352 | 96 | 76 | 304 |
| WAKEFIELD | 3,585 | 3.89% | 139 | 70 | 69 | 276 |
| HANOVER | 3,005 | 3.89% | 117 | 51 | 66 | 264 |
| BROOKLINE * | 5,444 | 3.89% | 212 | 147 | 65 | 260 |
| SALEM | 2,631 | 4.49% | 118 | 56 | 62 | 248 |
| ST. JOHNSBURY | 1,158 | 6.75% | 494 | 67 | 62 | 248 |
| BRAINTREE | 3,100 | 3.89% | 121 | 63 | 58 | 232 |
| FALL RIVER | 2,490 | 3.89% | 97 | 40 | 57 | 228 |
| NORWOOD | 3,082 | 3.89% | 120 | 64 | 56 | 224 |
| BANGOR | 1,987 | 5.38% | 107 | 51 | 56 | 224 |
| RAYNHAM | 2,101 | 3.89% | 82 | 29 | 53 | 212 |
| NASHUA | 2,507 | 4.49% | 113 | 64 | 49 | 196 |
| AUGUSTA | 1,869 | 5.38% | 102 | 56 | 46 | 184 |
| WILMINGTON | 3,231 | 3.89% | 126 | 81 | 45 | 180 |
| NATICK | 3,510 | 3.89% | 137 | 97 | 40 | 160 |
| MILFORD | 2,490 | 4.45% | 111 | 73 | 38 | 152 |
| STAMFORD | 2,911 | 4.45% | 130 | 95 | 35 | 140 |
| WORCESTER * | 1,830 | 3.89% | 71 | 40 | 31 | 124 |
| PLAINVILLE* | 2,177 | 4.45% | 97 | 75 | 22 | 88 |
| SHREWSBURY | 2,300 | 3.89% | 89 | 67 | 22 | 88 |
| CARIBOU * | 521 | 5.38% | 28 | 8 | 20 | 80 |
| WEBSTER | 1,767 | 3.89% | 69 | 51 | 18 | 72 |
| WALLINGFORD | 2,380 | 4.45% | 106 | 90 | 16 | 64 |
| HARTFORD | 1,812 | 4.45% | 81 | 65 | 16 | 64 |
| NORWALK | 3,656 | 4.45% | 163 | 148 | 15 | 60 |
| ENFIELD | 1,324 | 4.45% | 59 | 45 | 14 | 56 |
| ST. ALBANS * | 866 | 6.75% | 58 | 44 | 14 | 56 |
| SOMERSWORTH | 1,486 | 4.49% | 67 | 59 | 8 | 32 |
| BURLINGTON | 1,780 | 6.75% | 120 | 112 | 8 | 32 |
| VERNON | 2,385 | 4.45% | 106 | 99 | 7 | 28 |
| MIDDLETOWN | 1,643 | 4.45% | 73 | 66 | 7 | 28 |
| NEW LONDON | 1,757 | 4.45% | 78 | 72 | 6 | 24 |
| RUTLAND | 1,119 | 6.75% | 76 | 72 | 4 | 16 |
| BERLIN | 1,234 | 6.75% | 83 | 81 | 2 | 8 |
| BRANFORD | 2,137 | 4.45% | 95 | 94 | 1 | 4 |

*Note: State Averages calculated without open point registrations*

** Denotes Current Open Point*

## SALES RANKING BY SUBARU DEALERS IN NEW ENGLAND

### MARCH 2007 YTD

| RANK | DEALER NAME (TOTAL INDUSTRY RANK) | | SALES | % TOTAL |
|---|---|---|---|---|
| 1 | MANCHESTER | (29) | 218 | 3.89% |
| 2 | COLONIAL | (11) | 189 | 3.37% |
| 3 | CLAY | (9) | 160 | 2.85% |
| 4 | IRA | (2) | 152 | 2.71% |
| 5 | BURLINGTON | (37) | 150 | 2.68% |
| 6 | CITYSIDE | (1) | 146 | 2.60% |
| 7 | GEORGETOWN | (3) | 144 | 2.57% |
| 8 | PATRIOT | (57) | 133 | 2.37% |
| 9 | PREMIER | (30) | 122 | 2.18% |
| 9 | SUBURBAN | (22) | 122 | 2.18% |
| 11 | METROWEST | (5) | 121 | 2.16% |
| 12 | BERTERA | (31) | 115 | 2.05% |
| 13 | PATRICK | (26) | 115 | 2.05% |
| 14 | STAMFORD | (12) | 114 | 2.03% |
| 15 | CHARLIES | (34) | 110 | 1.96% |
| 16 | CENTER | (53) | 106 | 1.89% |
| 17 | PLANET | (10) | 100 | 1.78% |
| 18 | MAINE MALL | (21) | 99 | 1.77% |
| 19 | MITCHELL | (59) | 98 | 1.75% |
| 19 | QUIRK | (23) | 98 | 1.75% |
| 21 | SUBARU of KEENE | (64) | 97 | 1.73% |
| 22 | STACY | (67) | 95 | 1.69% |
| 23 | PATRICK SUBARU NORTH | (7) | 94 | 1.68% |
| 24 | DAN PERKINS | (18) | 93 | 1.66% |
| 24 | VILLAGE | (25) | 93 | 1.66% |
| 26 | CRABTREE | (20) | 88 | 1.57% |
| 26 | SAINT J. | (49) | 88 | 1.57% |
| 28 | SCHALLER | (41) | 83 | 1.48% |
| 29 | MILFORD | (54) | 82 | 1.46% |
| 30 | KINNEY | (50) | 81 | 1.44% |
| 31 | ATLANTIC | (16) | 79 | 1.41% |
| 31 | CAR STORE | (60) | 79 | 1.41% |
| 33 | NASHUA | (17) | 79 | 1.41% |
| 34 | QUALITY | (22) | 78 | 1.39% |
| 34 | TWIN CITY | (46) | 78 | 1.39% |
| 36 | SECOR | (35) | 77 | 1.37% |
| 37 | WAKEFIELD | (4) | 75 | 1.34% |
| 38 | ED REILLY | (47) | 74 | 1.32% |
| 39 | CHASE PARKWAY | (24) | 73 | 1.30% |
| 40 | STANLEY | (62) | 67 | 1.20% |
| 41 | QUIRK WORKS | (8) | 65 | 1.16% |
| 41 | STEVE LEWIS | (55) | 65 | 1.16% |
| 41 | TRI CITY | (43) | 65 | 1.16% |
| 44 | BALD HILL | (6) | 63 | 1.12% |
| 44 | EVERGREEN | (44) | 63 | 1.12% |
| 46 | HOLMGREN | (42) | 62 | 1.11% |
| 46 | SOMERSET | (18) | 62 | 1.11% |
| 48 | NORTH END | (26) | 60 | 1.07% |
| 49 | ANCHOR | (14) | 59 | 1.05% |
| 50 | RALLY | (45) | 56 | 1.00% |
| 51 | HARTE | (35) | 55 | 0.98% |
| 51 | PROFILE | (64) | 55 | 0.98% |
| 53 | EXETER | (63) | 53 | 0.95% |
| 54 | BEARD | (35) | 51 | 0.91% |
| 54 | BENNINGTON | (66) | 51 | 0.91% |
| 56 | SINGER | (15) | 49 | 0.87% |
| 57 | LONG | (36) | 48 | 0.86% |
| 58 | BATH | (51) | 43 | 0.77% |
| 58 | REYNOLDS | (57) | 43 | 0.77% |
| 60 | BELKNAP | (51) | 42 | 0.75% |
| 60 | CLAREMONT | (61) | 42 | 0.75% |
| 62 | PETE'S | (48) | 38 | 0.68% |
| 63 | PILGRIM | (40) | 36 | 0.64% |
| 64 | AND | (56) | 35 | 0.62% |
| 65 | CARLA | (13) | 32 | 0.57% |
| 66 | MASTRIA | (32) | 27 | 0.48% |
| 67 | CURRY | (36) | 21 | 0.37% |
| | TOTAL | | 5,606 | |

## TOTAL INDUSTRY REGISTRATIONS BY SUBARU AREAS OF RESPONSIBILITY

### MARCH 2007 YTD

| RANK | AREA OF RESPONSIBILITY (SALES RANK) | | TOTAL INDUSTRY REGISTRATIONS | % TOTAL |
|---|---|---|---|---|
| 1 | BELMONT, MA | (6) | 4,145 | 3.14% |
| 2 | DANVERS | (4) | 3,671 | 2.78% |
| 3 | NORWALK | (7) | 3,656 | 2.77% |
| 4 | WAKEFIELD | (37) | 3,585 | 2.72% |
| 5 | NATICK | (11) | 3,510 | 2.66% |
| 6 | WARWICK | (44) | 3,309 | 2.51% |
| 7 | WILMINGTON | (23) | 3,231 | 2.45% |
| 8 | BRAINTREE | (41) | 3,100 | 2.35% |
| 9 | NORWOOD | (3) | 3,082 | 2.34% |
| 10 | HANOVER | (17) | 3,005 | 2.28% |
| 11 | DANBURY | (2) | 2,962 | 2.25% |
| 12 | STAMFORD | (14) | 2,911 | 2.21% |
| 13 | PAWTUCKET | (65) | 2,906 | 2.20% |
| 14 | NORTH SMITHFIELD | (49) | 2,873 | 2.18% |
| 15 | SALEM | (56) | 2,631 | 2.00% |
| 16 | BOURNE | (31) | 2,516 | 1.91% |
| 17 | NASHUA | (31) | 2,507 | 1.90% |
| 18 | FALL RIVER | (46) | 2,490 | 1.89% |
| 18 | MILFORD, CT | (24) | 2,490 | 1.89% |
| 20 | SHELTON | (26) | 2,453 | 1.86% |
| 21 | PORTLAND | (18) | 2,401 | 1.82% |
| 22 | VERNON | (9) | 2,385 | 1.81% |
| 22 | WALLINGFORD | (34) | 2,380 | 1.81% |
| 24 | WATERTOWN | (39) | 2,364 | 1.79% |
| 25 | ACTON | (24) | 2,308 | 1.75% |
| 26 | FITCHBURG | (48) | 2,297 | 1.74% |
| 26 | SHREWSBURY | (12) | 2,300 | 1.74% |
| 26 | WILBRAHAM | (67) | 2,294 | 1.74% |
| 29 | MANCHESTER | (1) | 2,223 | 1.69% |
| 30 | BRANFORD | (9) | 2,137 | 1.62% |
| 31 | WEST SPRINGFIELD | (12) | 2,122 | 1.61% |
| 32 | RAYNHAM | (66) | 2,101 | 1.59% |
| 33 | BANGOR | (19) | 1,987 | 1.51% |
| 34 | AUGUSTA | (15) | 1,889 | 1.43% |
| 35 | HYANNIS | (54) | 1,866 | 1.42% |
| 36 | HARTFORD | (51) | 1,812 | 1.37% |
| 37 | BURLINGTON | (5) | 1,780 | 1.35% |
| 38 | WEBSTER | (57) | 1,767 | 1.34% |
| 39 | NEW LONDON | (36) | 1,757 | 1.33% |
| 40 | NORTH KINGSTOWN | (63) | 1,706 | 1.29% |
| 41 | MIDDLETOWN | (28) | 1,643 | 1.25% |
| 42 | NORTH FRANKLIN | (46) | 1,619 | 1.23% |
| 43 | SOMERSWORTH | (41) | 1,486 | 1.13% |
| 44 | AUBURN | (44) | 1,329 | 1.01% |
| 45 | ENFIELD | (50) | 1,324 | 1.00% |
| 46 | BERLIN | (34) | 1,234 | 0.94% |
| 47 | CONCORD | (38) | 1,209 | 0.92% |
| 48 | PITTSFIELD | (62) | 1,182 | 0.90% |
| 49 | ST JOHNSBURY | (26) | 1,158 | 0.88% |
| 50 | RUTLAND | (30) | 1,119 | 0.85% |
| 51 | BELMONT, NH | (60) | 1,104 | 0.84% |
| 51 | WOOLWICH | (58) | 1,108 | 0.84% |
| 53 | TORRINGTON | (16) | 1,086 | 0.82% |
| 54 | MILFORD, NH | (29) | 1,055 | 0.80% |
| 55 | NORTHAMPTON | (41) | 1,009 | 0.77% |
| 56 | NEWINGTON | (64) | 1,001 | 0.76% |
| 57 | LYME | (58) | 982 | 0.74% |
| 57 | SACO | (8) | 979 | 0.74% |
| 59 | CANTON | (19) | 952 | 0.72% |
| 60 | NORWICH | (31) | 930 | 0.71% |
| 61 | CLAREMONT | (60) | 865 | 0.65% |
| 62 | TRENTON | (40) | 850 | 0.64% |
| 63 | STRATHAM | (53) | 782 | 0.59% |
| 64 | CONWAY | (51) | 732 | 0.56% |
| 64 | KEENE | (21) | 735 | 0.56% |
| 66 | BENNINGTON | (54) | 715 | 0.54% |
| 67 | BRATTLEBORO | (27) | 701 | 0.53% |
| | TOTAL | | 131,829 | |

*Note: Ties in reported sales and total competition registrations receive same rank. March YTD Sales from Retail Sales Track Report*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James E. Hagan
Mr. Robert H. Petrarca
Mr. Robert G. Petrarca
Bald Hill Subaru
1021 Bald Hill Road
Warwick, RI 02886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) ROBERT HAGAN

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XX Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 0750 0003 0282 3256

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540