UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BALD HILL REALTY CO. d/b/a BALD HILL SUBARU | : | |
| Petitioner, | : | |
| v. | : | C.A. No. 07-298S |
| SUBARU OF NEW ENGLAND, INC. | : | |
| Respondent. | : | |

**PETITIONER'S MOTION TO WITHDRAW PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION FILED ON SEPTEMBER 4, 2007**

Petitioner Bald Hill Realty Co., d/b/a Bald Hill Subaru ("Bald Hill") hereby moves for an Order allowing it to withdraw Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction filed on September 4, 2007 without prejudice for the reasons stated in the attached Memorandum of Law.

BALD HILL REALTY CO d/b/a
BALD HILL SUBARU,
By its attorneys,

/s/ Michael J. McEntee
Michael J. McEntee, Esq. (#2092)
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
(401) 823-3313
(401) 826-0950 (fax)
mmcenteelaw@verizon.net

**CERTIFICATION**

I hereby certify that the foregoing Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 12th day of September, 2007:

Mitchell R. Edwards
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
medwards@haslaw.com

Howard M. Cooper
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109

/s/ Michael J. McEntee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BALD HILL REALTY CO. d/b/a BALD HILL SUBARU | : | |
| Petitioner, | : | |
| v. | : | C.A. No. 07-298S |
| SUBARU OF NEW ENGLAND, INC. | : | |
| Respondent. | : | |

**PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION FILED ON SEPTEMBER 4, 2007**

Petitioner, Bald Hill Realty Co. d/b/a Bald Hill Subaru ("Bald Hill") filed a Motion for Temporary Restraining Order and/or Preliminary Injunction on September 4, 2007. Subsequent to this filing, Petitioner Bald Hill and Defendant, Subaru of New England ("SNE") reached an agreement regarding the issues presented before the Court in said Motion, which Agreement is articulated in a letter executed by counsel for each of the parties and attached hereto as Exhibit A. Based upon this Agreement, Petitioner Bald Hill respectfully moves for an Order allowing it to withdraw its Motion for Temporary Restraining Order and/or Preliminary Injunction filed on September 4, 2007 without prejudice.

BALD HILL REALTY CO d/b/a
BALD HILL SUBARU,
By its attorneys,

/s/ Michael J. McEntee
Michael J. McEntee, Esq. (#2092)
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
(401) 823-3313
(401) 826-0950 (fax)
mmcenteelaw@verizon.net

**CERTIFICATION**

I hereby certify that the foregoing Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 12th day of September, 2007:

Mitchell R. Edwards
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
medwards@haslaw.com

Howard M. Cooper
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109

/s/ Michael J. McEntee