# EXHIBIT "A"

TODD & WELD LLP
A TTORNEYS A T LAW
28 STA TE STREET BOSTON, MASSACHUSETTS 02109

WARD W. COOPER
Email: hcoopcrlWtoddweld.com

TELEPHONE: (617) 720-2626 FACSIMILE: (617) 227-5777 www.toddweld.com

September 10, 2007

VIA E~MAIL AND FIRST CLASS MAIL

Michael J. McEntee, Esq.
McEntee & McEntee
915 Toll Gate Road
Warwick, RI 02886

Re: Subaru of New England, Inc. v. Bald Hill Realty Co. d/b/a Bald Hill Subaru (Civil Action No. 2007-249-S) and Bald Hill Realty Co. d/b/a Bald Hill Subaru v. Subaru of New England, Inc. (Civil Action No. 2007-298-S)

Dear Mr. McEntee:

This letter will confirm the agreement reached Tuesday between Subaru of New England, Inc. ("SNE") and Bald Hill Realty Co. d/b/a! Bald Hill Subaru ("Bald Hill"), through counsel, with respect to (i) Bald Hill's motion for a temporary restraining order and preliminary injunction and (ii) SNE's enforcement, pending trial, of its June 6,2007 Termination Notice to Bald Hill Subaru terminating the Subaru Dealer Agreement entered into between SNE and Bald Hill executed on April 1,2004, effective September 10,2007.

On September 4, 2007, the parties agreed to present to the Court and the Court adopted at a Rule 16 conference an expedited schedule for discovery, pretrial proceedings and trial. The discovery and pre-trial schedule is set forth in the Court's Pre-Trial Order issued on September 4,2007. During the conference, the Court scheduled the trial to proceed in February 2008.

In consideration of the expedited schedule and the February 2008 trial date, the parties have agreed as follows.

SNE will continue to do business with Bald Hill until such time as the trial court rules on the merits so long as the case is reached for trial in or before February, 2008, or either party withdraws from this agreement as set forth below, whichever occurs first. SNE makes this commitment without prejudice to its position that it is entitled to terminate Bald Hill's Subaru Dealer Agreement and franchise effective September 10,2007 in accordance with the June 6, 2007 Termination Notice. Bald Hill shall not rely on SNE's commitment in any manner at any trial on the merits, or otherwise, except if necessary to enforce the provisions of this letter.

Further, this agreement relates solely to the termination contemplated by the June 6, 2007 Termination Notice, and SNE expressly reserves all rights under applicable law and the Dealer Agreement, including without limitation, all rights to declare Bald Hill in default of its obligations under the Dealer Agreement if there are any other events of default under the Dealer Agreement, to notify Bald Hill of any failure(s) of performance, and/or to send Bald Hill notice o[termination in accordance with the terms of the Dealer Agreement and applicable law.

Within two (2) business days after the execution of this letter by Attorneys for each of the parties, Bald Hill shall take all necessary steps and m~ke all necessary filings with the Court to withdraw its motion for a temporary restraining order and preliminary injunction that it filed on September 4,2007.

If the litigation does not proceed to a trial on the merits in or before February 2008 or the schedule set in the' Pretrial Order is otherwise extended, or if either pending lawsuit is dismissed or remanded to the Rhode Island Motor Vehicle Dealers License and Hearing Board (as applicable), either party may withdraw from this agreement upon thirty (30) days' written notice sent by fax and by mail to counsel of record for the other party. None of the foregoing limits Bald Hill's right to seek a stay or injunctive relief in the event that SNE withdraws from this Agreement.

Please countersign this letter below to indicate your agreement and return the signed letter to me by email or fax and by regular mail.

Very truly yours,

Howard M. Cooper

cc: Kathleen M. Genova, Esq.
Henry J. Burbank Mitchell
Edwards, Esq. Heidi.A.
Nadel, Esq.

Agreed to on behalf of
Bald Hill Realty Co. d/b/a! Bald Hill Subaru:

9/12/07

Michael J. McEn tee, Esq.