UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

**Bald Hill Realty Co. d/b/a**
**Bald Hill Subaru**
Plaintiff(s)

v. Dkt. No. **07-298S**

**Subaru of New England, Inc.**
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant **Subaru of New England, Inc.** hereby moves that **Heidi A. Nadel** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

**Subaru of New England, Inc.**
(~~Plaintiff~~/Defendant)

By: **Mitchell R. Edwards**
Bar ID No. **6942**
**Hinckley, Allen & Snyder LLP** Address: **50 Kennedy Plaza, Suite 1500**
DATED: **Providence, RI 02903**

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of **Massachusetts** ______ and of the following Federal District Court and/or Court of Appeals Bar(s) **USDC-Massachusetts,** , and my eligibility to practice before those courts has not been restricted in any way. **First Circuit Court of Appeals**

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). **Subaru of New England, Inc. vs. Bald Hill Realty Co. d/b/a Bald Hill Subaru C.A. No. 07-249-S**

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Heidi A. Nadel 641617
Print Name State Bar ID #

TODD & WELD LLP
Firm Name

28 State Street, 31st Floor
Business Address

Boston, MA 02109

617-720-2626
Tel. #

617-227-5777
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Mitchell R. Edwards 6942
Signature of Local Counsel

Hinckley, Allen & Snyder LLP
Print Name RI Bar ID #

50 Kennedy Plaza, Suite 1500
Firm and Business Address

Providence, RI 02903
401-274-2000 401-277-9600

Tel. # Fax #

## ORDER

This is motion hereby Granted

District Judge

Date: